IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **BONNIE JEAN MELTON,** | |
| Plaintiff, | 8:14CV156 |
| vs. | |
| **AMERICAN MULTI-CINEMA, INC.,** | ORDER |
| Defendant. | |

This matter is before the court on the parties' Joint Motion to Extend Time to File the Parties' Rule 26(f) Planning Conference Report (Filing No. 11). The court, being fully advised in the premises, hereby finds as follows:

**IT IS ORDERED** that the Motion (Filing No. 11) is granted.

**IT IS FURTHER ORDERED** that the parties are granted an extension of time in which to file the parties' Rule 26(f) Planning Conference Report until fourteen (14) days after the defendant's Answer to the plaintiff's Complaint is due.

Dated this 14th day of July, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge