# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BONNIE JEAN MELTON,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN MULTI-CINEMA, INC.,<br><br>Defendant. | 8:14CV156<br><br>ORDER |

Upon notice of settlement given to the magistrate judge on April 13, 2016, by Gregory M. Thomas, counsel for the plaintiff,

**IT IS ORDERED that**:

1. On or before **April 27, 2016**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the Honorable Joseph F. Bataillon, at *bataillon@ned.uscourts.gov*, a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3. The previously scheduled telephone conference is cancelled upon the representation that this case is settled.

Dated this 13th day of April, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge