IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BONNIE JEAN MELTON, | Case No. 8:14-cv-00156 |
| Plaintiff, | |
| v. | |
| AMERICAN MULTI-CINEMA, INC., | |
| Defendant. | |

**ORDER**

THIS MATTER came before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice in the above-captioned matter (Doc. 80). The Court, being fully advised, hereby finds as follows:

IT IS HEREBY ORDERED the parties' Joint Stipulation for Dismissal with Prejudice is granted and all claims asserted in the above-captioned matter are dismissed, with prejudice, each party to pay their own costs and attorneys' fees.

Dated this 29th day of April, 2016.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge

4846-7124-7921.1